In the Matter of THE SCHENECTADY RAILWAY ·COM-
PANY, Appellant, against FREDERICK S. GREENE, as
Superintendent of the Department of Public Works of
the State of New York, Respondent.

(Argued October 20, 1931; decided November 17, 1931.)

*Chatfield T. Bates* for appellant.

*John J. Bennett, Jr., Attorney-General (Edward E.
Brogan* and *Harold P. Burke* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.